**ATTORNEY GRIEVANCE COMMISSION**　　\*　　**IN THE**
**OF MARYLAND**

　　　　　　　　　　　　　　　　　　　　\*　　**COURT OF APPEALS**

　　　　　　　　　　　　　　　　　　　　\*　　**OF MARYLAND**

**v.**

　　　　　　　　　　　　　　　　　　　　\*　　**Misc. Docket AG No. 90**

**CHARLES ALEX MURRAY**　　　　　　　\*　　**September Term, 2019**

## O R D E R

Upon consideration of the Petition for Disciplinary or Remedial Action filed by the Attorney Grievance Commission of Maryland, with attached certified copy of an Order entered May 30, 2019, whereby the Supreme Court of Florida suspended Charles Alex Murray from the practice of law in Florida for 180 days, effective thirty (30) days from the date of the order, and with attached certified copy of an Order entered December 19, 2019, whereby the District of Columbia suspended Charles Alex Murray from the practice of law in the District of Columbia for 180 days with reinstatement contingent on a showing of fitness, and it appearing that Respondent, Charles Alex Murray, is admitted to the Bar of this Court, it is this 8th day of May, 2020;

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that the Respondent, Charles Alex Murray, be, and he hereby is, suspended, effective immediately, from the practice of law in the State of Maryland, pending further Order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Charles Alex Murray from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk